UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANAYELL NIETO ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:16-cv-00284-BLW<br><br>**ORDER** |

    The Court has before it Respondent's Third Motion for Extension of Time to File Response to Motion Under 28 U.S.C. § 2255 (Dkt. 10). The government requests until April 17, 2017 to file its response in this case. In light of the government's two previous requests, and the overarching interest in a just and speedy resolution of this matter, the Court finds that a three-month extension is not warranted under the circumstances. However, the government has demonstrated good cause for a more brief extension.

    Accordingly, IT IS HEREBY ORDERED that the motion (Dkt. 10) is GRANTED in part and DENIED in part. The government shall file its response in this matter on or before February 24, 2017. No additional extensions will be granted absent a showing of extraordinary circumstances.

DATED: January 11, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1